# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNIE BERCHTOLD,<br><br>    Plaintiff<br><br>v.<br><br>CITY OF ANGELS a/k/a ANGELS CAMP; KYLE HANSON, in his Individual and Official Capacities, CHRIS ADAMS in his Individual and Official Capacities, and DOES 1 through 10 inclusive,<br><br>    Defendants. | Case No.: 1:16-cv-00397-DAD-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**<br><br>(ECF No. 41) |

On February 12, 2018, the parties filed a stipulation to dismiss with prejudice the defendants in this action, City of Angels a/k/a Angels Camp and Kyle Hanson. The parties having so stipulated and agreed, the defendants are dismissed with prejudice, each side to bear their own attorney's fees and costs. In light of the stipulation, the case has ended. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **February 13, 2018**

/s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

1